**Opinion issued September 18, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00627-CV

_____

**RICHARD J. GONZALES, Appellant**

**V.**

**STANFORD DEVELOPMENT CORPORATION, Appellee**

On Appeal from the 55th District Court
Harris County, Texas
Trial Court Case No. 2008-09906

**MEMORANDUM OPINION**

Appellant, Richard J. Gonzales, representing that he no longer wishes to prosecute the appeal, has filed a motion to dismiss the appeal. No other party has

filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.


**PER CURIAM**


Panel consists of Chief Justice Radack and Justices Jennings and Keyes.